DELBERT ELMER EBY,
*Appellant,*

*v.*

Robert SCHIEDLER,
Superintendent,
Two Rivers Correctional Institution,
*Respondent.*

CV01-1536; A119449

86 P3d 69

Hari Nam S. Khalsa filed the briefs for appellant.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Reversed and remanded with instructions to grant post-conviction relief by vacating petitioner's sentences and remanding case for resentencing; otherwise affirmed. *Layton v. Hall,* 181 Or App 581, 47 P3d 898 (2002).